UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No.8:24-cr-00269-MSS-UAM

RICHARD GLENN KANTWILL     ///

## *UNOPPOSED* MOTION FOR SUBSTITUTION OF COUNSEL

**COMES NOW the Defendant, RICHARD GLENN KANTWILL**, by and through his undersigned counsel, pursuant to Fed.R.Cr.P. 47, and makes this his *Unopposed Motion For Substitution of Counsel*, respectfully requesting this Honorable Court allow Jorge Leon Chalela, Esq., to substitute in as counsel for the Defendant in this cause. This substitution of counsel shall relieve AFPD Samuel Landes of duties in this cause. As grounds for this Motion the Defendant says:

1. The Defendant has privately retained Jorge Leon Chalela, Esq., to represent him in the above-styled matter. U.S.Const.Amdmt.VI; 28 U.S.C. s.1654.

2. The Undersigned has communicated with AFPD Samuel Landes today and he kindly has no objection to this instant motion.

**WHEREFORE the Defendant, Richard Glenn Kantwill**, by and through his Undersigned attorney, prays this Honorable Court enter its order substituting Jorge Leon Chalela, Esq. as counsel for the Defendant in this cause, and relieving AFPD Samuel Landes of further duties in this Defendant's cause.

1

Respectfully submitted,

*/s/ Jorge Leon Chalela*

**JORGE LEON CHALELA, ESQ.**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been furnished to the U.S. Attorney, the Federal Public Defender, and all case-connected parties via Court Electronic Filing on Saturday 6/22/24.

Respectfully submitted,

*/S/ Jorge Leon Chalela*

**JORGE LEON CHALELA, ESQ.**
**Jorge Leon Chalela, P.A.**
**of Counsel for Mike G. Law**
P.O. BOX 173407, Tampa, Florida 33672-0407
Office: (813) 221-5600; Cell Phone: (727) 415-4286
**E-Mail: chalelalaw@yahoo.com**
Florida Bar Number: 0073245
Attorney for Defendant (retained), Richard Glenn Kantwill